**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Ann Tram Pham,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| *v.* | § | **CASE NO. 1:26-CV-562-ADA-SH** |
| | § | |
| **NewRez LLC d/b/a Shellpoint Mortgage** | § | |
| **Servicing,** | § | |
| *Defendant.* | § | |
| | § | |

**ORDER ADOPTING MAGISTRATE
<u>JUDGE'S REPORT AND RECOMMENDATION</u>**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. Dkt. 13. Judge Hightower recommends that this Court **DENY** Plaintiff's Motion to Remand (Dkt. 7). *Id.* at 3. The report was filed on May 28, 2026. This Court hereby adopts Judge Hightower's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). To date, neither party has filed objections to Judge Hightower's Report and Recommendation.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 13) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand (Dkt. 7) is hereby

**DENIED.**

**SIGNED** this 24th day of June, 2026.

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE